IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOSE ORLANDO ARGUETA-PORTILLO,
*Petitioner*,

v.

PAMELA BONDI, *et al.*,
*Respondents*.

1:26-cv-00122-MSN-LRV

ORDER

This matter comes before the Court on Petitioner's First Motion for Order to Show Cause. ECF 7. Upon consideration of the Motion and the arguments of counsel, and for the reasons stated in open court, it is hereby

ORDERED that Petitioner's First Motion for Order to Show Cause (ECF 7) is GRANTED; it is further

ORDERED that Respondents shall, within seven days of this Order, either release Petitioner or provide him with an individualized, constitutionally-complaint bond hearing pursuant to 8 U.S.C. § 1226(a). As stated in open court and articulated in *Mendez Trigueros v. Guadian*, 1:26-cv-00205-ATJ-WPB (E.D. Va. Feb. 18, 2026), an individual's bond hearing fails to comport with due process where an Immigration Judge relies on considerations that would lead to an automatic denial of bond in all cases under 8 U.S.C. § 1226(a); it is further

ORDERED that if a bond hearing is provided, Respondents notify this Court within three days of the bond hearing's decision and, if bond is denied, the reasons for the denial.

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/

Michael S. Nachmanoff
United States District Judge

March 2, 2026
Alexandria, Virginia